■ ULISES MARTINEZ, Respondent, v CLEAN AIR CAR SERVICE & PARKING BRANCH ONE, LLC, et al., Appellants. [48 NYS3d 600]—Order, Supreme Court, Bronx County (Lizbeth González, J.), entered July 11, 2016, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment was properly denied in this action where plaintiff was injured when he was allegedly struck by defendants' vehicle as he rode his bicycle. The parties' differing versions as to how the accident occurred present triable issues as to liability for the accident (see Susino v Panzer, 127 AD3d 523, 524 [1st Dept 2015]; DeRosa v Valentino, 14 AD3d 448 [1st Dept 2005]). Concur—Tom, J.P., Friedman, Mazzarelli, Kapnick and Kahn, JJ.